## A. B. C. Electrotype Company et al., Appellants, v. Schroeder Brothers Company, Appellee.

**Gen. No. 41,080.**

opinion filed June 19, 1940; rehearing denied September 10, 1940. Teller, Levit, Silvertrust & Levi, for appellants; A. F. W. Siebel and Arthur F. Siebel, for appellee. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. "Not to be published in full."